
UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HONT T. NGUYEN ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 04-00054-001 <br><br> **REQUEST TO TRAVEL** |

    Hong T. Nguyen was sentenced in the U.S. District Court of Guam on July 8, 2005 for Assimilative Crimes Act - Possession of a Concealed Weapon, in violation of 10 GCA §§ 60108, 60109, 60121 and 18 U.S.C. §§ 7(3) and 13. He was ordered to serve three years probation with conditions that he participate in home detention with electronic monitoring for six months and pay all or part of the cost of the program; refrain from the use of any and all alcoholic beverages; participate in a substance abuse treatment and testing; submit to a mental health intake assessment and comply with any recommended treatment and make co-payment for treatment at a rate to be determined by the U.S. Probation Office; stay 500 feet away from Anderson Air Force Base; cooperate with the collection of DNA as directed by the U.S. Probation Office; and pay a $100 special assessment fee.

    On October 17, 2005, Mr. Nguyen submitted a travel request for a three-day business trip to Hong Kong from October 28, 2005 to October 31, 2005. Mr. Nguyen's employer, Ms. Iris Wong of Toppy Furniture Company, confirmed the business trip information. She stated that Mr. Nguyen has the technical knowledge of inspecting various air-conditioning products ordered from the factory in Hong Kong.

    Mr. Nguyen's adjustment under probation has been satisfactory since his last drug use incident on July 12, 2005. Since then, he has attended and tested negative on fifteen urinalyses, which revealed two unexcused drug testing no shows (September 18, and 30, 2005). Mr. Nguyen has attended all drug and mental health treatment appointments, and has been compliant with his medication management. He has maintained employment as a sales manager and technician for Toppy Furniture Company. Mr. Nguyen paid the $100 special assessment fee on July 8, 2005. The six-month home confinement condition will be initiated in November 2005.

Travel Request Information
Re: NGUYEN, Hong T.
USDC Cr. Cs. No. 04-00054-001
October 20, 2005
Page 2

In light of Mr. Nguyen's present compliance status with his probation conditions, this Officer supports the request to travel and seeks Court approval.

Respectfully Submitted,

FRANK MICHAEL CRUZ
Chief U. S. Probation Officer

By: _____
ROBERT I. CARREON
U. S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: File