| | | |
|---|---|---|
| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |

ORIGINAL

Hong T. Nguyen
USDC Cr. Cs. No. 04-00054-001
SSN: XX-XXX-5235
DOB: XX-XX-1972
HT: 5'7" / WT: 150 lbs.



DATE  October 20, 2005

YOU ARE AUTHORIZED TO TRAVEL TO    Hong Kong

LEAVING    October 28, 2005    AND RETURNING    October 31, 2005

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

1. Business - inspect product quality and test.

**FILED**
DISTRICT COURT OF GUAM
OCT 21 2005
MARY L.M. MORAN
CLERK OF COURT

SPECIAL INSTRUCTIONS:  (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. Upon your arrival on Guam and on the first working day available, report in person to the U.S. District Court of Guam to check-in with the U.S. Probation Office.

2. Immediately report any change in your travel plans to the U.S. Probation Office.

**RECEIVED** OCT 21 2005 DISTRICT COURT OF GUAM HAGATNA, GUAM

COPY MAILED TO CHIEF PROBATION OFFICER IN
DISTRICT OF DESTINATION:

_____
Robert I. Carreon
UNITED STATES PROBATION OFFICER

NAME: _____
ADDRESS: _____
_____

☒ Approved    ☐ Disapproved

_____
xUxSx xDistrictx Courtx Judgex
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

