| PROB 37<br>(Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |
| --- | --- | --- |



Hong T. Nguyen
USDC Cr. Cs. No. 04-00054-001
SSN: XX-XXX-5235
DOB: XX-XX-1972
HT: 5'7" / WT: 150 lbs.

**FILED**



DATE _____ Apr. 13, 20

DISTRICT COURT OF GUAM

APR - 6 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

YOU ARE AUTHORIZED TO TRAVEL TO ___ **Nanjing, People's Republic of China**

LEAVING ___ **May 5, 2006** ___ AND RETURNING ___ **May 20, 2006**

**WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.**

PURPOSE OF THIS TRIP:

Business - technical training, sales & marketing training.



RECEIVED

APR - 5 2006

DISTRICT COURT OF GUAM

SPECIAL INSTRUCTIONS:

1. **Upon your arrival on Guam and on the first working day available, report in person to the U.S. District Court of Guam to check-in with the U.S. Probation Office.**

2. **Immediately report any change in your travel plans to the U.S. Probation Office.**

COPY MAILED TO CHIEF PROBATION OFFICER IN
DISTRICT OF DESTINATION:

_____
**Robert I. Carreon**
**UNITED STATES PROBATION OFFICER**

NAME: _____     ☒ Approved          ☐ Disapproved

ADDRESS: _____

_____

_____

_____
JOAQUIN V.E. MANIBUSAN, JR.
U.S. MAGISTRATE JUDGE