| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |
|---|---|---|



Hong T. Nguyen
USDC Cr. Cs. No. 04-00054-001
SSN: XX-XXX-5235
DOB: XX-XX-1972
HT: 5'7" / WT: 150 lbs.

DATE: December 22, 2006

YOU ARE AUTHORIZED TO TRAVEL TO     Hong Kong

LEAVING     December 29, 2006     AND RETURNING     January 29, 2007

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

Medical and dental care, and assist in care for step-father.

**FILED**
DISTRICT COURT OF GUAM
DEC 27 2006
MARY L.M. MORAN
CLERK OF COURT

SPECIAL INSTRUCTIONS:     (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. Upon your arrival on Guam and on the first working day available, report in person to the U.S. District Court of Guam to check-in with the U.S. Probation Office.

2. Immediately report any change in your travel plans to the U.S. Probation Office.

COPY MAILED TO CHIEF PROBATION OFFICER IN
DISTRICT OF DESTINATION:

NAME: _____
ADDRESS: _____
_____
_____

*Judy Anne L. Ocampo*
JUDY ANNE L. OCAMPO
UNITED STATES PROBATION OFFICER

☑ Approved     ☐ Disapproved

*Frances M. Tydingco-Gatewood*
FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
District of Guam

DATE: 12/26/06

**RECEIVED**
DEC 26 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL