# United States District Court

for

*District of Guam*

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:   **Hong T. Nguyen**                                                   Case Number: **04-00054-001**

Name of Sentencing Judicial Officer:   **Robert M. Takasugi, Designated Judge**

Date of Original Sentence:   **July 8, 2005**

Original Offense: **Assimilative Crimes Act - Possession of a Concealed Weapon, in violation of 10 GCA §§ 60108, 60109, 60121 and 18 U.S.C. §§ 7(3) and 13.**

Original Sentence: Three year term of probation with conditions that he: participate in home detention with electronic monitoring for six months and pay all or part of the cost of the program; refrain from the use of any and all alcoholic beverages; participate in substance abuse treatment and testing and make a co-payment for treatment at a rate to be determined by the U.S. Probation Office; submit to a mental health intake assessment and comply with any recommended treatment and make co-payment for treatment at a rate to be determined by the U.S. Probation Office; stay 500 feet away from Anderson Air Force Base; cooperate with the collection of DNA as directed by the U.S. Probation Office; and pay a $100 special assessment fee. **Informational Violation Report filed July 18, 2005.**

Type of Supervision:   Probation                                 Date Supervision Commenced: July 8, 2005

Special Assistant U.S. Attorney: Kristin St. Peter           Defense Attorney: Mark S. Smith

### PETITIONING THE COURT

[X]   To issue a warrant

[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

<u>Violation Number</u>     <u>Nature of Noncompliance</u> [All in violation of 18 U.S.C. § 3563(a) and (b)]

1. Admitted use of methamphetamine (April 14, 2007, May 7, 2007)
2. Failure to report for urinalysis (May 3 and 8, 2007)
3. Failure to report to U.S. Probation (April 23, 2007, May 7, 2007)
4. Failure to submit monthly supervision reports (January 2007 through April 2007)

U.S. Probation Officer Recommendation:

☐ The term of supervision should be

☒ revoked.

☐ extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

**Please see attached *Declaration in Support of Petition, Violation of Supervised Release Conditions; Request for a Summons,* submitted by U.S. Probation Officer Robert I. Carreon.**

Reviewed by:

/s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

I declare under penalty of perjury that the forgoing is true and correct.

/s/ ROBERT I. CARREON
U.S. Probation Officer

Date:                  Date:                  Executed

---

**THE COURT ORDERS:**

☐ No Action.

☒ The Issuance of a Warrant.

☐ The Issuance of a Summons.

☐ Other

/s/ Frances M. Tydingco-Gatewood
  Chief Judge
**Dated: May 11, 2007**