AO 442 (Rev. 5/93) Warrant for Arrest

# ORIGINAL

## UNITED STATES DISTRICT COURT

District of **GUAM**

UNITED STATES OF AMERICA

V.

**HONG T. NGUYEN**

**WARRANT FOR ARREST**

Case **CR-04-00054**

RECEIVED MAY 14 2007 US MARSHALS SERVICE-GUAM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **HONG T. NGUYEN**
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

**Indictment**  ☐ Information  ☐ Complain  ☐ Order of court  **X** Violation  ☐ Probation Violation Petition

**FILED**
DISTRICT COURT OF GUAM
MAY 14 2007
MARY L.M. MORAN
CLERK OF COURT

charging him or her  (brief description of offense)

SEE PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION AND ORDER FILED SEPARATELY ON May 11, 2007

in violation of __18__ United States Code, Section(s) **§ 3563(a) and (b)**

WALTER M. TENORIO
Name of Issuing Officer

*(signature)*
Signature of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

05/14/2007    HAGATNA, GUAM
Date and Location

Bail fixed at $ NO BAIL    by HONORABLE FRANCES M. TYDINGCO-GATEWOOD
                                 Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| U.S. DISTRICT COURT OF GUAM |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5/14/07 | TFO DEAN D. DELGADO | *(signature)* |
| DATE OF ARREST | | |
| 5/14/07 | | |

# THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____

_____