**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**INITIAL APPEARANCE**

CASE NO.: CR-04-00054                    DATE: May 16, 2007

HON. MICHAEL J. BORDALLO, Designated Judge, Presiding
Law Clerk: Judith P. Hattori            Court Recorder: Virginia T. Kilgore
Courtroom Deputy: Virginia T. Kilgore   Electronically Recorded: 10:32:08 - 10:37:06
CSO: N. Edrosa

**APPEARANCES:**
Defendant: Hong T. Nguyen               Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Jennifer Sanchez         U.S. Agent:
U.S. Probation: Robert Carreon          U.S. Marshal: C. Marquez
Interpreter:                            Language:

**PROCEEDINGS: Initial Appearance re Revocation or Modification of Probation**

- Federal Public Defender appointed to represent the defendant.
- Proceedings continued to: <u>May 29, 2007 at 1:30 p.m.</u> before Judge Joaquin V.E. Manibusan, Jr.
- Defendant remanded to the custody of the U.S. Marshals Service for: <u>Detention</u>

NOTES: Mr. Arens handed defendant's medication to USM Clark Marquez. Mr. Marquez to follow-up with DOC about receiving the medication and to notify Mr. Arens if there is a problem.

Court ordered Probation to continue to provide defendant with psychological treatment service inclusive of any medications he is currently receiving and any other medications prescribed while in custody.