DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>HONG T. NGUYEN,<br><br>    Defendant. | CRIMINAL CASE NO. 04-00054-001<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to May 15, 2007.

Dated this 16th day of May, 2007.

_____
MICHAEL J. BORDALLO, Designated Judge
DISTRICT COURT OF GUAM