# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-04-00054　　　　　　　　　　　　DATE: May 16, 2007

HON. MICHAEL J. BORDALLO, Designated Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　Court Recorder: Virginia T. Kilgore
Courtroom Deputy: Virginia T. Kilgore　　Electronically Recorded: 10:32:08 - 10:37:06
CSO: N. Edrosa

**APPEARANCES:**
Defendant: Hong T. Nguyen　　　　　　　Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Jennifer Sanchez　　　　U.S. Agent:
U.S. Probation: Robert Carreon　　　　U.S. Marshal: C. Marquez
Interpreter:　　　　　　　　　　　　　Language:

**PROCEEDINGS: Initial Appearance re Revocation or Modification of Probation**

- Federal Public Defender appointed to represent the defendant.
- Proceedings continued to: May 29, 2007 at 1:30 p.m. before Judge Joaquin V.E. Manibusan, Jr.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES:　Mr. Arens handed defendant's medication to USM Clark Marquez. Mr. Marquez to follow-up with DOC about receiving the medication and to notify Mr. Arens if there is a problem.

　　　　Court ordered Probation to continue to provide defendant with psychological treatment service inclusive of any medications he is currently receiving and any other medications prescribed while in custody.