AO 471 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

UNITED STATES OF AMERICA

V.

HONG T. NGUYEN

**ORDER OF DETENTION
PENDING REVOCATION HEARING**

Case Number: CR-04-00**[FILED]**

_Defendant_

**FILED
DISTRICT COURT OF GUAM
MAY 17 2007
MARY L.M. MORAN
CLERK OF COURT**

I find that the defendant

**X** is, and was at the time the alleged offense was committed:

☐ on release pending trial for a felony under federal, state, or local law.

☐ on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence, for an offense under federal, state, or local law.

**X** on probation for an offense under federal, state, or local law; or

☐ is not a citizen of the United States or lawfully admitted for permanent residence as defined at (8 U.S.C. §1101(a)(20)).

and I further find that the defendant

☐ flee, or **X** poses a danger to another person or the community.

I accordingly ORDER the detention of the defendant without bail to and including __May 29, 2007__.

Date __MAY 16, 2007__

_____
MICHAEL J. BORDALLO, DESIGNATED JUDGE

# ORIGINAL