JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
HONG T. NGUYEN


FILED
DISTRICT COURT OF GUAM
MAY 23 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR-04-00054 |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE<br>) REVOCATION HEARING |
| vs. | ) |
| HONG T. NGUYEN, | ) |
| Defendant. | ) |

### STIPULATION TO CONTINUE REVOCATION HEARING

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the revocation hearing currently scheduled for May 29, 2007, be continued to a time and date

//

//

ORIGINAL

after June 12, 2007. The justification for this request is based upon defense counsel's previously scheduled off-island commitments.

    IT IS SO STIPULATED:

    DATED: Mongmong, Guam, May 21, 2007.

RICHARD P. ARENS
Attorney for Defendant
HONG T. NGUYEN

KRISTIN ST. PETER
Attorney for Plaintiff
UNITED STATES OF AMERICA

2