JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
HONG T. NGUYEN

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00054 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| HONG T. NGUYEN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The stipulation filed on May 23, 2007, is hereby approved. The continued hearing on the alleged violations of the Defendant's supervised release conditions, previously scheduled for May 29, 2007, is hereby moved to Thursday, June 14, 2007, at 10:00 a.m.



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: May 24, 2007