# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# REVOCATION

CASE NO.: CR-04-00054  DATE: June 26, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori                Court Recorder: Virginia Kilgore
Courtroom Deputy: Peter Santos              Electronically Recorded: 12:15:29 - 12:31:24-

**APPEARANCES:**

Defendant: Hong T. Nguyen                   Attorney: Richard Arens
   Present  Custody  Bond  P.R.          Present  Retained  FPD  CJA
U.S. Attorney: Kristin St. Peter            U.S. Agent:
U.S. Probation: Robert Carreon              U.S. Marshal: C. Marquez
Interpreter:                                Language:

**PROCEEDINGS: Preliminary Revocation Hearing**
- Defendant admits to all the allegations.
- Disposition hearing set for: June 28, 2007 at 8:00 a.m. before Judge Frances Tydingco-Gatewood
- Defendant to remain in custody.

NOTES: