# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-04-00054-001          DATE: June 28, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley      Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez      Electronically Recorded: 9:15:36 - 9:52:48
CSO: L. Ogo

**APPEARANCES:**

Defendant: Hong T. Nguyen      Attorney: Richard Arens
☑ Present ☐ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Kristin St. Peter      U.S. Agent:
U.S. Probation: Robert Carreon      U.S. Marshal: V. Roman / G. Perez
Interpreter:      Language:

**PROCEEDINGS: Disposition Hearing**
- Defendant remanded to the custody of the U.S. Marshals Service for transport to the Department of Corrections for a mental health assessment.
- Defense counsel was instructed to notify the clerk when the defendant is ready to proceed with the disposition hearing.

NOTES: