# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>HONG T. NGUYEN,<br><br>  Defendant. | Criminal Case No. 04-00054<br><br>**ORDER** |

The court hereby orders that the Defendant undergo a psychiatric assessment while at the Department of Correction. Thereafter, upon notification by counsel that the Defendant is ready to proceed, the continued Disposition Hearing will be scheduled.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　/s/ Frances M. Tydingco-Gatewood
　　　　　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　　　**Dated: Jul 06, 2007**