JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
HONG T. NGUYEN



**FILED**
DISTRICT COURT OF GUAM

AUG - 8 2007

JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 04-00054 |
| | ) | |
| Plaintiff, | ) | MOTION TO SCHEDULE DISPOSITION |
| | ) | HEARING |
| vs. | ) | |
| | ) | |
| HONG T. NGUYEN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the defendant, HONG T. NGUYEN, through counsel, Richard P. Arens, Assistant Federal Public Defender, and moves this Honorable Court to schedule a disposition hearing convenient to the court. This motion is based on Mr. Nugyen's completion of a court ordered psychological evaluation and recommendation for treatment.

DATED: Mongmong, Guam, August 8, 2007.

RICHARD P. ARENS
Attorney for Defendant
HONG T. NGUYEN

## CERTIFICATE OF SERVICE

I, ALEXANDER A. MODABER, hereby certify that a true and exact copy of the foregoing document was filed with U.S. District Court and electronically served by the U.S. District Court Clerk's Office to the following on August 8, 2007:

>KRISTIN ST. PETER
>Assistant United States Attorney
>Sirena Plaza
>108 Hernan Cortez, Ste. 500
>Hagatna, Guam 96910
>
>Attorney for Plaintiff
>UNITED STATES OF AMERICA
>
>ROBERT CARREON
>U.S. Probation Officer
>U.S. Probation Office
>Districts of Guam and NMI
>2nd Floor, U.S. District Court

DATED: Mongmong, Guam, August 8, 2007.

_____
ALEXANDER A. MODABER
Investigator