JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:  (671) 472-7111
Facsimile:  (671) 472-7120

Attorney for Defendant
HONG T. NGUYEN

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 04-00054 |
| | ) | |
| Plaintiff, | ) | ORDER re MOTION TO SCHEDULE |
| | ) | DISPOSITION HEARING |
| vs. | ) | |
| | ) | |
| HONG T. NGUYEN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY ORDERED that the Disposition Hearing in the above-captioned case is scheduled for August 30, 2007 at 9:30 a.m.

SO ORDERED.



/s/ Frances M. Tydingco-Gatewood
   Chief Judge
**Dated: Aug 08, 2007**