# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-04-00054-001     DATE: August 30, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber     Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez     Electronically Recorded: 10:48:29 - 11:07:45
CSO: F. Tenorio

**APPEARANCES:**

Defendant: Hong T. Nguyen     Attorney: Richard Arens
   Present   Custody   Bond   P.R.          Present   Retained   FPD   CJA
U.S. Attorney: Kristin St. Peter     U.S. Agent:
U.S. Probation: Robert Carreon     U.S. Marshal: T. Muna / G. Perez
Interpreter:     Language:

**PROCEEDINGS: Disposition Hearing**
- Revocation of probation granted.
- Defendant committed to the Bureau of Prisons for a term of time served (approximately 108 days).
- Upon release from imprisonment, defendant is placed on supervised release for a term of 1 year, with conditions (refer to Judgment for conditions of supervised release).
- Court stated the justification of the sentence imposed.
- Defendant returned to the custody of the U.S. Marshals Service to be processed for release.

NOTES: